# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE STORM,** | : | CIVIL ACTION NO. 1:19-CV-602 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT THOMAS MCGINLEY, DEPUTY ANTHONY LUSCAVAGE, MAJOR VICTOR MIRACHI, K. TRIPP,** | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 27th day of August, 2021, upon consideration of defendants' motion (Doc. 42) for summary judgment, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 42) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania